1054

[No. 10952-2-II.   Division Two.   February 17, 1988.]

THE TOWN OF RUSTON, *Appellant,* v. JAMES V. ROE,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-08787-2, Robert H. Peterson, J., entered
March 26, 1987. *Reversed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8352-7-III.   Division Three.   February 18, 1988.]

DARREL ELLIS, *as Personal Representative,* ET AL, *Appel-
lants,* v. DALE W. LEE, JR., ET AL, *Defendants,*
RAINIER NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Kit-
titas County, No. 84-2-00136-7, Charles W. Cone, J.,
entered December 24, 1986. *Affirmed* by unpublished opin-
ion per Thompson, J., concurred in by McInturff, C.J., and
Green, J.

[No. 8274-1-III.   Division Three.   February 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS S.
ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Klick-
itat County, No. C-2336, Carl L. Loy, J. Pro Tem., entered
November 13, 1986. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, A.C.J., and Green,
J.